UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LORI SORRELL,

    Plaintiff,

v.

                                                    CASE NO.: 3:19-cv-659-J-34MCR

MEDICREDIT, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Lori Sorrell, by and through her undersigned counsel, and jointly with the Defendant, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, with each party bearing their own fees and costs.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2019 a true copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

Respectfully submitted,

| | |
|---|---|
| /s /Geoffrey E. Parmer | s/  Scott A. Richards |
| Geoffrey E. Parmer | Scott A. Richards, Esq. |
| Florida Bar No. 989258 | Florida Bar No. 72657 |
| THE CONSUMER PROTECTION FIRM, PLLC | CARLTON FIELDS |
| 4030 Henderson Boulevard | 200 S. Orange Ave., Ste. 1000 |
| Tampa, FL 33629 | Orlando, Florida 32801-3400 |
| Tele: (813) 500-1500 | Direct: 407.244.8226 |
| Fax:  (813) 435-2369 | Fax: 407.648.9099 |
| Geoff@TheConsumerProtectionFirm.com | SRichards@CarltonFields.com |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

119422770.1