**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LORI SORRELL,

    Plaintiff,

v.                                                           Case No.   3:19-cv-659-J-34MCR

MEDICREDIT, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Voluntary Dismissal Without Prejudice (Dkt. No. 15; Stipulation) filed on August 20, 2019.  In the Stipulation, the parties request dismissal of this matter without prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

    2.    Each party shall bear their own fees and costs.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of August, 2019.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja
- 2 -

Copies to:

Counsel of Record